UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORENE HOPKINS,

        Plaintiff(s),          CASE NUMBER: 03-70455
                                            HONORABLE VICTORIA A. ROBERTS
v.                                         MAGISTRATE JUDGE MAJZOUB

COMMISSIONER OF SOCIAL SECURITY,

        Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 8, 2012, Magistrate Judge Majzoub submitted a Report and Recommendation (Doc. #23) recommending the Court grant Defendant's Motion to Dismiss, with Prejudice (Doc. #19). Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's Motion for Dismiss is **GRANTED**, with prejudice.

**IT IS ORDERED**.

                                              S/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated: September 11, 2012

The undersigned certifies that a copy of this document was served on the attorneys of record and Norene Hopkins by electronic means or U.S. Mail on September 11, 2012.

s/Linda Vertriest
Deputy Clerk

2